**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7324**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL RANKINS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Louise W. Flanagan, District Judge. (2:14-cr-00003-FL-1)

Submitted: January 21, 2020                     Decided: January 24, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Rankins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Rankins appeals from the district court's order denying his motion to have DNA testing performed on a ski mask recovered from the scene of a bank robbery. We have reviewed the record included on appeal and find no reversible error. *See* 18 U.S.C. § 3600(a)(9) (2018). Therefore, we affirm for the reasons stated by the district court. *United States v. Rankins*, No. 2:14-cr-00003-FL-1 (E.D.N.C. Aug. 12, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED*